### BOOR, Appellant, *v.* MOSHELL, Respondent.

*(Supreme Court, General Term, Fifth Department. April 11, 1890.)*

No opinion. Motion denied. MACOMBER, J., not sitting. For former reports see 1 N. Y. Supp. 731; 8 N. Y. Supp. 583.

---

### BRANDY, Appellant, *v.* SHERMAN, Respondent.

*(Supreme Court, General Term, Fifth Department. April 11, 1890.)*

No opinion. Orders affirmed, with $10 costs and disbursements.

---

### CHAMBERLAIN, Respondent, *v.* TOWN OF WHEATLAND, Appellant.

*(Supreme Court, General Term, Fifth Department. April 11, 1890.)*

No opinion. Motion denied. For former report, see 7 N. Y. Supp. 190.

---

### CONNOLLY *v.* MUNGER.

*(Supreme Court, General Term, Fifth Department. April 11, 1890.)*

No opinion. Motion for a new trial denied with costs, and judgment ordered for the plaintiff on the verdict, on authority of the former decision in this case, as reported *sub nom. Burns* v. *Munger*, 45 Hun, 75.

---

### *In re* COOK.

*(Supreme Court, General Term, Fifth Department. April 11, 1890.)*

Application granted, and reference made to Myron H. Peck, Esq., of Buffalo, to take the evidence and report the same to this court, with his opinion thereon, upon the matters embraced within the formal order herewith handed down.

---

### DREFS *et al.*, Appellants, *v.* STEWART *et al.*, Respondents, (two cases.)

*(Supreme Court, General Term, Fifth Department. April 11, 1890.)*

Judgment reversed, and a new trial granted, with costs to abide the final award of costs. CORLETT, J., not sitting.

---

### DUDLEY, Respondent, *v.* PARKER *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department. April 11, 1890.)*

No opinion. Motion denied. See 8 N. Y. Supp. 600.

---

### EDMONDS, Respondent, *v.* JONES, Appellant.

*(Supreme Court, General Term, Fifth Department. April 11, 1890.)*

No opinion. Order affirmed, with $10 costs and disbursements.